IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN MCARTHUR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-22-402-D ) |
| GEO GROUP, INC., | ) ) |
| Defendant. | ) |

**ORDER**

Upon review of the file and noting no timely objection[1] to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 6] in its entirety.

For the reasons stated therein, Petitioner's Motion to Proceed in forma pauperis [Doc. No. 2] is **DENIED**. If Petitioner's filing fee is not received by the Clerk of the Court on or before August 8, 2022, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 15th day of July, 2022

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] The Court previously granted Plaintiff a 30-day extension of time to file objections to the Report and Recommendation [Doc. Nos. 7, 8].